-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MR. And MRS. ALBERTO GREEN,
(Alberto Green, 98-A-2117,
and Pamela Green),
KEISHA BROWER GREENE, and
ASHLEY BROWER GREENE,

        Plaintiffs,

    -v-

DONALD SELSKY, GLENN GOORD,
JAMES CONWAY, KENNEDY,
CESAR MARTINEZ,
CATHRINE WAWRZYNIEC and
SHIRL CLARK,

        Defendants.

DECISION AND ORDER
05-CV6691P

---

Plaintiffs *pro se* were ordered to amend the complaint in their action pursuant to 42 U.S.C. § 1983 (Docket #5). Plaintiff Alberto Green has submitted an amended complaint signed only by himself, and not signed by Pamela Green (Docket #6). Alberto Green has amended his complaint to add several claims in addition to the original equal protection and due process claims.

As discussed in a previous Order (Docket No. 3), although individual plaintiffs have a right to proceed *pro se* in civil actions pursuant to 28 U.S.C. § 1654, a pro se plaintiff may not seek to represent the interests of third parties (Docket No. 3). Plaintiff Albert Green may not file an amendment that seeks to represent the interest of Pamela Green. Pamela Green may, however, join an amended complaint by signing it herself. Therefore, Pamela Green, having not filed an amended complaint in response to the Court's Order of June 12, 2006, risks having her claims dismissed.

Because Mrs. Green may not have been informed of the Court's previous Orders,[1] Mrs. Green is granted an extension of time to file an amended complaint or sign the amended complaint submitted by Mr. Green and to inform the Court of her address so that the Court can send her any correspondence, including Court Orders, concerning her case. Pamela Green is granted until **September 20, 2006** to sign the amended complaint submitted by Antonio Green and inform the Court of her address. Failure to act on this Order by **September 20, 2006** may result in Pamela Green's dismissal from this action.

The Clerk of the Court is directed to send plaintiff Pamela Green a copy of the amended complaint filed by Antonio Green on July 6, 2006 for her signature, along with a copy of this Order.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

DATED: August 21, 2006
Rochester, New York

---

[1] The Court notes that it has only one address for plaintiffs, that of Elmira Correctional Facility.